NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLINICOMP INTERNATIONAL, INC.,**

*Plaintiff-Appellant*

**v.**

**CERNER CORPORATION,**

*Defendant-Appellee*

---

2023-1295, 23-1574

---

Appeals from the United States District Court for the Southern District of California in No. 3:17-cv-02479-GPC-DEB, Judge Gonzalo P. Curiel.

---

### **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2   CLINICOMP INTERNATIONAL, INC. V. CERNER CORPORATION

(2)  Each side shall bear their own costs.

FOR THE COURT

June 5, 2023
     Date                           /s/ Jarrett B. Perlow
                                    Jarrett B. Perlow
                                    Acting Clerk of Court

**ISSUED AS A MANDATE:** June 5, 2023